AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Daren Heatherly, Irma Ramirez, et al.
　　　　　　　　Plaintiff (s),
V.
Sonoma County Fair and Exposition, Inc., et al.
　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-13-04327 KAW

Notice is hereby given that, subject to approval by the court, __Sonoma Co. Fair & Exposition, Inc.__ substitutes
(Party (s) Name)

__Eugene B. Elliot__, State Bar No. __111475__, as counsel of record in
(Name of New Attorney)

place of __Anne L. Keck__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:　　Bertrand, Fox & Elliot
Address:　　　2749 Hyde Street, San Francisco, CA 94109
Telephone:　　(415) 353-0999　　　Facsimile　(415) 353-0990
E-Mail (Optional):　eelliot@bfesf.com

I consent to the above substitution.
Date: 12/17/13

Tawny Tesconi, Manager
(Signature of Party (s))

I consent to being substituted.
Date: 12/6/13

Anne L. Keck
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12-6-13

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/17/13

Kandis Westmore
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]