1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    (415) 674-8600
4  Facsimile:     (415) 674-9900

5  Attorney for Plaintiffs
   DAREN HEATHERLY;
6  IRMA RAMIREZ; and BENSON KINNEY JR.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAREN HEATHERLY; IRMA RAMIREZ; and HARRISON BENSON KINNEY JR., | CASE NO. CV-13-4327-KAW |
| Plaintiffs, | **STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON** |
| v. | |
| SONOMA COUNTY FAIR and EXPOSITION, INC.; and COUNTY of SONOMA, | |
| Defendants. | |

   Plaintiffs DAREN HEATHERLY; IRMA RAMIREZ and BENSON KINNEY JR., and Defendants SONOMA COUNTY FAIR and EXPOSITION, INC.; and COUNTY of SONOMA, by and through their respective attorney of record, respectfully request and stipulate, as follows:

   1.   **Whereas**, all defendants have been served with the summons and complaint and have answered plaintiffs' complaint; and

   2.   **Whereas**, pursuant to General Order 56, ¶3,4, the parties were to have the Joint Site Inspection at the Sonoma County Fairgrounds, located at/near 1350 Bennett Valley Road, Santa Rosa, California completed by no later than January 1, 2014.

///

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON**                                                        **CASE NO. CV-13-4327-KAW**

1

1  The parties had agreed to conduct the inspection on February 12, 2014; however, plaintiffs'
2  expert was ill.  Therefore, the parties were unable to have the General Order 56 Joint Site
3  Inspection as scheduled; and

4       3.    **In light of the above**, the parties have agreed to reschedule and conduct the joint
5  site inspection on April 1, 2014.

6       **IT IS SO STIPULATED:**

7       That, plaintiffs DAREN HEATHERLY; IRMA RAMIREZ; and BENSON KINNEY
8  JR., and defendants SONOMA COUNTY FAIR and EXPOSITION, INC.; and COUNTY of
9  SONOMA agree, stipulate and respectfully request that the last day for the parties and counsel to
10 conduct the General Order 56 Joint Site Inspection of the premises be continued up to and
11 including April 11, 2014.

12      This stipulation may be executed in counterparts and have the same force and effect as
13 though all signatures are on the same and/or consecutive pages.  Photocopies and facsimile shall
14 have the same force and effect as originals.

15

16                    Respectfully submitted,

17

18 Dated: February 25, 2014          THOMAS E. FRANKOVICH, Esq.
19                    *A PROFESSIONAL LAW CORPORATION*
20
21                    By: ___ /s/Thomas E. Frankovich_____
                            Thomas E. Frankovich
22                    Attorney for Plaintiffs DAREN HEATHERLY;
23                    IRMA RAMIREZ; and BENSON KINNEY JR.

24 ///
25 ///
26
27 ///
28 ///

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and
[PROPOSED] ORDER THEREON**                                               **CASE NO. CV-13-4327-KAW**

2

1  Dated: February 27, 2014           BERTRAND, FOX & ELLIOT,

3           By:_____/s/Eugene B. Elliot_____
                 Eugene B. Elliot, Esq.

Attorneys for Defendants SONOMA COUNTY FAIR and EXPOSITION, INC.; and COUNTY of SONOMA

**~~PROPOSED~~ ORDER**

**IT IS SO ORDERED**, that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including   4/11                    , 2014.

Dated:  3/5         , 2014      _/s/ Kandis Westmore_____
                 Honorable Kandis A. Westmore
                 United States Magistrate Judge of California

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON**                           **CASE NO. CV-13-4327-KAW**

3