UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONOMA COUNTY FAIR AND EXPOSITION, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04327-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 15 |

On December 17, 2014, the parties attended mediation with JoAnne Dellaverson, where they settled the case in its entirety. (Certification of ADR Session, Dkt. No. 15.) Accordingly, the parties shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: June 1, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge