1  THOMAS E. FRANKOVICH (S.B.N. 074414)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  1832-A Capitol Street
   Vallejo, CA 94590
4  Telephone:    (415) 444-5800
5  Facsimile:    (415) 674-9900
   Email:        tfrankovich@disabilitieslaw.com
6
   Attorney for Plaintiffs
7

8                    **UNITED STATES DISTRICT COURT**
9
                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11 DAREN HEATHERLY, *et al.,*              ) CASE NO.  4:13-cv-04327-KAW
                                           )
12      Plaintiff,                         )
                                           ) **STIPULATION OF DISMISSAL AND**
13 v.                                      ) **[PROPOSED] ORDER THEREON**
                                           )
14                                         )
    SONOMA COUNTY FAIR AND                 )
15 EXPOSITION, INC., *et al.,*             )
                                           )
16      Defendants.                        )
                                           )
17                                         )
                                           )
18                                         )
                                           )
19 _____          )

20

21      The Parties, by and through their respective counsel, stipulate to dismissal of this

22 action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

23      IT IS HEREBY STIPULATED by and between parties to this action through their

24 designated counsel that the above-captioned action become and hereby is dismissed with

25 prejudice and each side is to bear its own costs and attorneys' fees.

26

27

28

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully Submitted,

Dated: April 11, 2016            THOMAS E. FRANKOVICH, APLC
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:  /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorney for Plaintiffs

Dated: April 11, 2016            BERTRAND, FOX , ELLIOT, OSMAN & WENZEL


                                 By:  /s/ Eugene Burton Elliot
                                 Eugene Burton Elliot
                                 Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  4/12       , 2016

                                 _____
                                 Hon. Kandis A. Westmore
                                 UNITED STATES MAGISTRATE JUDGE